UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL JABAUT,

     Plaintiff,

v.                                   Case No. 8:21-cv-0607-SPF

BARNETT OUTDOORS, LLC,

     Defendant.

_____/

## ORDER

Plaintiff notified the Court that the parties have settled this case (Doc. 20). Accordingly, pursuant to Local Rule 3.09(b), this action is **DISMISSED WITHOUT PREJUDICE** subject to the right of any party, within sixty (60) days from the date of this Order, to move the Court for the purpose of entering a stipulated final order or judgment or for further proceedings.  L.R. 3.09(b), M.D. Fla.  After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to: (1) terminate any pending motions/deadlines and (2) administratively close the case.

**ORDERED** in Tampa, Florida, on October 4, 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE